## CENTIMARK CORPORATION *v.* VILLAGE MANOR ASSOCIATES LIMITED PARTNERSHIP

The petition by the third party defendant M. Dzen Roofing Company, Inc., for certification for appeal from the Appellate Court, 113 Conn. App. 509 (AC 29012), is denied.

*Harold R. Cummings*, in support of the petition.

*Martin A. Clayman*, in opposition.

Decided June 3, 2009

## AMERIQUEST MORTGAGE COMPANY *v.* KEVIN J. LAX ET AL.

The petition by the defendants Kevin J. Lax and Deborah L. Lax for certification for appeal from the Appellate Court, 113 Conn. App. 646 (AC 29058), is denied.

ROGERS, C. J., and McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Jenna L. Sternberg*, in support of the petition.

*George C. Springer, Jr.*, in opposition.

Decided June 3, 2009

## WAVERLY KNIZE *v.* FRANCIS KNIZE

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 904 (AC 29206), is denied.

*Francis Knize*, pro se, in support of the petition.

Decided June 3, 2009